To: "D"
"J.O.B"

10-1015

FILED
JAN -7 2011
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Liza Chevicks
770 Grantham Lane
New Castle, DE 19720
(302) 565-8573

ref: Implementing the IS/22
(206 pg) R.U.Ready

* Fema Publication which is now celebrating A 5 3/4 yr documented 206 pg Preparing for A Worst Case Senario... By Allowing Entire Universe to focus on Natural Disasters Wear & Tear on Economy over X amount of yrs Nonstop Unity with All Nations would be A Great Charter for the Adults Role Model on Society... for Unity is Glory to God.. As USA being the Strongest Nation I would like to Secure Title of Nation's Future Divinely Expectation for Current: Fellow: LTRP Situations.. Fast Food Served in Every Corner. Still Countries with out Running water This Shall not happen in the 21st Century

As DE going from being the National Chemical Capital to now Known As the Banking State I would say that is A tremendous Turn Around.... Therefor By Secureing the Title of The Nation's fellow Nations--- DE Could request A "Role Model" (By being the first State" (USA Being the Strongest Nation)... Interior Branch Review Hearing for A Proclamation for A Reclaimation for A Radification of US Constitution 3 Create Unity with All Nations... As Character John McKinley (1777) Since Fire (These Are True Preferances) Mr. John McKinley is Known By Being the (First president) Actually Known As Governor at the time due to the Constitutional Signing in 1776 & 1777 John was Governor Known Now As president..... McKinley

3

Therefor By Understanding that We Shall Appreciate Entire Creation & Stop this Negative System Situation. The Foreign Born Governor 1777 John McKinley was A Major part of the Medical Society office of Saffey council titled (president) This is Why its Important to Allow Positive Goals = Current Ajenda's. Future Assurance for the Adourable Inocent Children, Childrens Children & Childrens Children Children .....

It's not for you or I; its All for the Children & the Childrens Childrens Children ...

Long Term Range Plans & Current System Flaws Corrected .....

~~4 of~~
④

If you would like to get some Study Group Addressing my Non-profit Businesses or Addressing the Goals for the Current Need of a Concreat Strategic Plan Proposal to go in place.....