IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LIZA DAWN CHERRICKS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civ. No. 10-1015-LPS |
| | : |
| UNIVERSITY OF DELAWARE, | : |
| | : |
| Defendant. | : |

## ORDER

At Wilmington this 28th day of March, 2011, consistent with the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. The Complaint is DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B). Amendment of the Complaint is futile.

2. The Clerk of Court is directed to CLOSE this case.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE